IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESIREE MCCARTHY, as Guardian Ad Litem for T.G., D.G., and T.H., | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-00346-GEB-KJN |
| v. | ) ) | ORDER APPROVING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| COUNTY OF SACRAMENTO, FAYE RUTHERFORD, JANA THOFTNE, BRANDY LOMACK, CHRISTY BOMBACK, MARLENE ALBRIGHT, GEORGE MOSCHSKE, CITY OF RANCHO CORDOVA, DOE OFFICERS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On February 10, 2010 Plaintiff filed an "Application to Proceed Without Prepayment of Fees" ("Application"), in which Plaintiff seeks approval from the Court which would authorize her to proceed in this case *in forma pauperis*. Plaintiff's Application to proceed *in forma pauperis* is granted.

Dated: February 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1