IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIREE MCCARTHY, as Guardian )
Ad Litem for T.G., D.G., and ) 2:10-cv-00346-GEB-JFM
T.H., )
                                )
        Plaintiffs,             ) ORDER
                                )
    v.                          )
                                )
COUNTY OF SACRAMENTO, FAYE      )
RUTHERFORD, JANA THOFTNE, BRANDY)
LOMACK, CHRISTY BOMBACK, MARLENE)
ALBRIGHT, GEORGE MOSCHSKE, CITY )
OF RANCHO CORDOVA, and DOE      )
OFFICERS,                       )
                                )
        Defendants.             )
_____)

        Plaintiffs were required to show cause ("OSC")in a writing filed no later than 4:00 p.m. on July 12, 2010, why sanctions should not be imposed against Plaintiffs and/or their counsel under Rule 16(f) because of Plaintiffs' failure to timely file a status report. Plaintiffs were also notified that any defendant not served with process within the 120 day period prescribed in Federal Rule of Civil Procedure 4(m) ("Rule 4(m) notice") may be dismissed as a defendant unless Plaintiff provided proof of service or showed good cause for the failure to serve defendant(s) within the prescribed period in a filing due June 11, 2010.

1

Plaintiffs have not responded to the OSC or the Rule 4(m) notice as required. Since the 120 day period to serve defendants under Rule 4(m) has expired, and Plaintiffs have not filed proof of service showing that any defendant has been served, this action is dismissed and shall be closed.

IT IS SO ORDERED.

Dated: July 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge